**Joyce S. KIMBLE, Plaintiff–Appellant,**

v.

**MONTGOMERY COUNTY GOVERNMENT; Montgomery County Board of Education; Maryland State Board of Education; James Williams, Dr.,**

Deputy Superintendent, Montgomery County Public Schools; Elizabeth Arons, Dr., Director, Montgomery County Public Schools; Ann Kamenstein, Compliance Specialist, Montgomery County Public Schools; Jerry D. Weast, Dr., Superintendent, Montgomery County Public Schools; Montgomery County Public Schools, Defendants–Appellees.

No. 03–1243.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Joyce S. Kimble, Appellant Pro Se. Patricia Prestigiacomo Via, Assistant County Attorney, Rockville, Maryland; John Joseph Curran, Jr., Attorney General, Dana Hendricks Murray, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joyce S. Kimble appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kimble v. Montgomery County Gov't*, No. CA–02–2711–PJM (D. Md. filed Jan. 23, 2002 & entered Jan. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*